Argued and submitted May 5, decision of the Court of Appeals affirmed May 20, 1993

MANIFOLD BUSINESS AND
INVESTMENT, INC.,
an Oregon corporation,
*Respondent on Review,*

*v.*

Florence C. WROTEN
and Gloria J. Wroten,
*Petitioners on Review,*

*and*

Edward H. WROTEN, Jr.,
and Florence C. Wroten II,
who is also known as Joann C. Wroten,
*Defendants.*

Florence C. WROTEN
and Gloria J. Wroten,
*Petitioners on Review,*

*and*

Edward H. WROTEN, Jr.,
and Florence C. Wroten II,
who is also known as Joann C. Wroten,
*Third-Party Plaintiffs,*

*v.*

Reuben LENSKE,
*Respondent on Review.*

Reuben LENSKE,
*Fourth-Party Plaintiff-Appellant,*

*v.*

SCHWABE, WILLIAMSON & WYATT
and Gary Roberts,
*Fourth-Party Defendants-Respondents.*

(CC A8902-00996; CA A65806; SC S39995)

851 P2d 580

Gary Roberts, of Schwabe, Williamson & Wyatt, Portland, argued the cause and filed the petition for petitioners on review.

Norman D. Malbin, Portland, argued the cause and filed a response for respondent on review Manifold Business and Investment, Inc.

Reuben Lenske, respondent on review *pro se*, argued the cause and filed a response.

## MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed. *Porter v. Hill*, 314 Or 86, 838 P2d 45 (1992).